St. Nicholas Cathedral of the Russian Orthodox Church in North America, Appellant, v. John Kedroff and Benjamin Fedchenkoff, as Archbishop of the Archdiocese of North America and the Aleutian Islands of the Russian Orthodox Greek Catholic Church, Respondents.

Submitted October 5, 1953; decided October 16, 1953.

Motion for reargument denied, with $10 costs and necessary printing disbursements. [See 306 N. Y. 38.]

Walter N. Smith et al., Appellants, v. William O'Dwyer et al., Constituting the Board of Estimate of the City of New York, et al., Respondents.

Submitted October 5, 1953; decided October 16, 1953.

*Denis M. Hurley, Corporation Counsel (Barbara H. Carroll* of counsel), for motion.

*Walter N. Smith,* in person, opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion.